UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ALAN CONLEY,<br><br>Defendant. | No. CR-12-117-RMP-3<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>☒ ACTION REQUIRED |

Before the court is Defendant Christopher Alan Conley's unopposed Motion to Modify Conditions of Pretrial Release. For good cause shown, Mr. Conley's Motion, **ECF No. 54**, is **GRANTED**. Mr. Conley shall be permitted to stay with his fiancé from December 24, 2012, until midnight on December 25, 2012.

Mr. Conley shall provide all necessary information to his U.S. Probation Officer, and shall submit to a urinalysis test on December 26, 2012, in the morning.

**IT IS SO ORDERED.**

DATED December 20, 2012.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 1