UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>CHRISTOPHER ALAN CONLEY,<br><br>Defendant. | No. CR-12-117-RMP-3<br><br>ORDER GRANTING IN PART MOTION TO MODIFY<br>(**ECF No. 57**) |

Defendant seeks modification of conditions of release. He seeks to be excused from intensive outpatient treatment and his curfew. His supervising Pretrial Services Officer does not oppose the modification, with a treatment alternative, provided Defendant's urinalyses remain negative.

The request to be excused from treatment is denied. However, in light of Defendant's compliance and for good cause, he is excused from the curfew requirement. All other conditions of release remain.

**IT IS SO ORDERED.**

DATED February 7, 2013.

S/ CYNTHIA IMBROGNO<br>UNITED STATES MAGISTRATE JUDGE

ORDER - 1